# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-3453

_____

United States of America

*Plaintiff - Appellee*

v.

James Eric Moore

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 1, 2019
Filed: March 6, 2019
[Unpublished]

_____

Before GRUENDER, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

James Moore directly appeals after the district court[1] revoked his supervised release and sentenced him to a term of imprisonment within his advisory

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Sentencing Guidelines range. Moore's counsel has filed a brief contesting several of the court's findings. Moore's pro se brief echoes those points and additionally claims that he received ineffective assistance of counsel at the revocation hearing.

We decline to address Moore's ineffective-assistance claim on direct appeal. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006) (explaining that ineffective-assistance-of-counsel claims generally are not decided on direct appeal, unless the record has been fully developed, the failure to act would amount to a miscarriage of justice, or counsel's error is readily apparent). We also conclude that none of the district court's findings are clearly erroneous. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (explaining that, in a revocation proceeding, findings that a violation has been committed are reviewed for clear error). Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

_____